UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) | |
|                    Plaintiff,              ) | Case No. 08mj0025 |
| v.                                                           ) | |
|                                                               ) | CERTIFICATE OF SERVICE |
| ARTEMIO CEJA-FLORES,                    ) | |
|                 Defendant.              ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

        United States Attorney's Office
        880 Front Street
        San Diego, CA  92101

Dated:  January 8, 2008               _____*/s/  Jason  I.  Ser*_____
                                 JASON I. SER
                                 Federal Defenders
                                 225 Broadway, Suite 900
                                 San Diego, CA 92101-5030
                                 (619) 234-8467  (tel)
                                 (619) 687-2666  (fax)
                                 jason_ser@fd.org