Tamara D. DeHaan, Esq., #113932
LAW OFFICES OF TAMARA D. DeHAAN
444 West C Street, Suite 350
San Diego, CA  92101-3533
Ph: 619.544.0715
Fax: 619.544.1215

Attorney for Material Witness/es

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Cathy Ann Bencivengo)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>Artemio CEJA-FLORES,<br><br>  Defendant. | Criminal Case No. 08mj0025<br><br>DECLARATION OF SERVICE<br><br>Person/s Served:   Jason Ser, Esq.<br>                               And U.S. Attorney<br><br>Date of Service:  Janaury 9 2008 |

Under penalty of perjury, I declare:

1. I am an attorney duly licensed to practice law in the State of California. I am admitted to practice before the United States District Court for the Southern District of California. I am over the age of eighteen years and not a party to this action.

2. On January 9, 2008, I served the above-named person/s with the following documents:

    Ex Parte Application for Order Allowing Family Visitations

3. Service was effected by e-filing the document with the Southern District Court via CM/ECF.

Executed on January 9, 2008, at San Diego, California.


                                                                s/Tamara D. DeHaan
                                                           Tamara D. DeHaan, Esq. - Declarant