FILED

JAN - 9 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY               DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Cathy Ann Bencivengo)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>ARTEMIO CEJA-FLORES,<br><br>        Defendants. | CASE NO. 08mj0025<br><br>ORDER ON STIPULATION ALLOWING HOSPITALIZED MATERIAL WITNESS TO HAVE FAMILY VISITATIONS |

### ORDER

IT IS HEREBY ORDERED that CLAUDIA OROZCO-LOPEZ, the material witness named in the above-referenced matter, may be allowed to have family visitations during her period of hospitalization, notwithstanding the fact that she remains in custody of the United States Marshal as a material witness.

Dated: 1/9/08

The Honorable Cathy Ann Bencivengo
UNITED STATES MAGISTRATE JUDGE