UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff<br><br>vs.<br><br>Artemio Ceja-Flores<br>　　　　　Defendant(s) | CRIMINAL NO. 08mj0025<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District / Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Maricela Erozo-Sandoval

DATED: 1/11/08

CATHY ANN BENCIVENG
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
　　　　　DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
　　Deputy Clerk