1  KAREN P. HEWITT
   United States Attorney
2  CAROLINE P. HAN
   Assistant United States Attorney
3  California State Bar No. 250301
   United States Attorney's Office
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101
   Telephone: (619) 557-5220
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA

FILED

JAN 17 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8
                    UNITED STATES DISTRICT COURT
9
                  SOUTHERN DISTRICT OF CALIFORNIA      08CR0145-W
10
11  UNITED STATES OF AMERICA,          )    Magistrate Case No.  08MJ0025
                                       )
12                      Plaintiff,     )
                                       )    **STIPULATION OF FACT AND JOINT**
13          v.                         )    **MOTION FOR RELEASE OF**
                                       )    **MATERIAL WITNESS(ES) AND**
14  ARTEMIO CEJA-FLORES,               )    **ORDER THEREON**
                                       )
15                      Defendant.     )
    _____   )    **(Pre-Indictment Fast-Track Program)**

16          **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

17  OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Caroline

18  P. Han, Assistant United States Attorney, and defendant ARTEMIO CEJA-FLORES, by and through

19  and with the advice and consent of defense counsel, Jason Ser, Federal Defenders of San Diego, Inc.,

20  that:

21          1.      Defendant agrees to execute this stipulation on or before the first preliminary hearing

22  date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

23  intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead

24  guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

25  of Bringing in Aliens Without Presentation and Aiding and Abetting, in violation of 8 U.S.C.

26  § 1324(a)(2)(B)(iii) and 18 U.S.C. § 2.

27  //

28  //

CPH:mg:1/7/08

(3 on bond / 1 in custody)

1    2.    Defendant acknowledges receipt of a plea agreement in this case and agrees to

2    provide the signed, original plea agreement to the Government not later than five business days

3    before the disposition date set by the Court.

4    3.    Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or

5    before **February 3, 2008**.

6    4.    The material witnesses, Maria Teresa Fonseca-flores, Maricela Erazo-Sandoval,

7    Claudia Orozco-Lopez, and R.L.O, a male juvenile, in this case:

8         a.    Are aliens with no lawful right to enter or remain in the United States;

9         b.    Entered or attempted to enter the United States illegally on or about

10   January 3, 2008;

11        c.    Were found in a vehicle driven by defendant at the San Ysidro, California Port

12   of Entry (POE) and that defendant knew or acted in reckless disregard of the fact that they were

13   aliens with no lawful right to enter or remain in the United States;

14        d.    Were having others pay on their behalf $2,700 - 3,500 to others to be brought

15   into the United States illegally and/or transported illegally to their destination therein; and,

16        e.    May be released and remanded immediately to the Department of Homeland

17   Security for return to their country of origin.

18   5.    After the material witnesses are ordered released by the Court pursuant to this

19   stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any

20   reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding,

21   including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

22        a.    The stipulated facts set forth in paragraph 4 above shall be admitted as

23   substantive evidence;

24        b.    The United States may elicit hearsay testimony from arresting agents

25   regarding any statements made by the material witness(es) provided in discovery, and such testimony

26   shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest

27   of (an) unavailable witness(es); and,

28
Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Artemio Ceja-Flores                    2                    08MJ0025

1      c.    Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

2  "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

3  and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

4  waives the right to confront and cross-examine the material witness(es) in this case.

5      6.    By signing this stipulation and joint motion, defendant certifies that defendant has

6  read it (or that it has been read to defendant in defendant's native language).  Defendant certifies

7  further that defendant has discussed the terms of this stipulation and joint motion with defense

8  counsel and fully understands its meaning and effect.

9      Based on the foregoing, the parties jointly move the stipulation into evidence and for the

10  immediate release and remand of the above-named material witness(es) to the Department of

11  Homeland Security for return to their country of origin.

12      It is STIPULATED AND AGREED this date.

13                                          Respectfully submitted,

14                                          KAREN P. HEWITT
                                            United States Attorney
15

16  Dated: 1/10/08.

17                                          CAROLINE P. HAN
                                            Assistant United States Attorney
18

19  Dated: 1/10/08      .

20                                          JASON SER
                                            Defense Counsel for Artemio Ceja-Flores
21  Dated: 1/10/08      .

22                                          ARTEMIO CEJA-FLORES
                                            Defendant
23

24

25

26

27

28
Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Artemio Ceja-Flores          3                              08MJ0025

1

## O R D E R

2    Upon joint application and motion of the parties, and for good cause shown,

3    **THE STIPULATION** is admitted into evidence, and,

4    **IT IS ORDERED** that the above-named material witness(es) be released and remanded

5    forthwith to the Department of Homeland Security for return to their country of origin.

6    **SO ORDERED.**

7

8    Dated: ____1/17/08____ .

9    _____
     United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Artemio Ceja-Flores                    4

08MJ0025