UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>  Plaintiff )<br>  )<br>  )<br>  vs. )<br>  )<br>  Artemio Ceja-Flores )<br>  )<br>  )<br>  Defendant(s) )<br>  ) | CRIMINAL NO. 08mj0025<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 06861298 |

On order of the United States District/Magistrate Judge,   **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Maria Teresa Fonseca-Flores   #07519298

DATED:  1-17-08

RECEIVED _____
          DUSM

**CATHY ANN BENCIVENGO**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
                    by
                       Deputy Clerk